IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>          Plaintiff,     )<br>v.                                             )<br>                                               )<br>RICKY NUCKLES                  )<br>                                               )<br>          Defendant.          ) | Criminal Indictment No:<br>14-CR-00218 |

### DEFENDANT'S MOTION FOR NEW TRIAL OR ARREST OF JUDGMENT

COMES NOW, THE DEFENDANT, RICKY NUCKLES, by and through undersigned counsel and pursuant to F.R.CR.P. 33 and 34, respectively moves this Court for a new trial or to arrest his judgment of conviction entered on May 13, 2015. The defendant respectfully requests leave to amend this motion once he receives and reviews the trial transcript for which he has submitted a request, a date not less than thirty (30) days.

Respectfully submitted,

*s/Drew Findling*
Drew Findling
Georgia Bar No. 260425

*s/Marissa Goldberg*
Marissa Goldberg
Georgia Bar No. 672798

CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of the within and foregoing Motion:

DEFENDANT'S MOTION FOR NEW TRIAL OR ARREST OF JUDGMENT

By electronic service:

>Trevor Wilmot
>U.S. Attorneys Office - ATL
>600 Richard Russell Building
>75 Spring Street, S.W.
>Atlanta, GA 30303

This 27th day of May, 2015.

>Respectfully submitted,

>*s/Drew Findling*
>Drew Findling
>Georgia Bar No. 260425